Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000075
31-MAY-2019
08:39 AM

NO. CAAP-19-0000075

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOEL KATZ, Plaintiff-Appellant, v.
COUNTY OF MAUI, Defendant-Appellee, JOHN/JANE DOES,
DOE COMPANIES, DOE PARTNERSHIPS, DOE CORPORATIONS,
DOE GOVERNMENTAL AGENCIES AND/OR OTHER
DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 18-1-0422(1))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal and All Claims, filed May 3, 2019, by Plaintiff-Appellant Joel Katz, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawai'i, May 31, 2019.

Presiding Judge

Associate Judge

Associate Judge